JS-6 /Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL ROWE,<br><br>    Petitioner,<br><br>  v.<br><br>J.N. KATAVICH, Warden,<br><br>    Respondent. | Case No. CV 13-2916 CAS (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 25, 2014

                     _Christina A. Snyder_
                   HON. CHRISTINA A. SNYDER
                   UNITED STATES DISTRICT JUDGE